UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FARID MARZUQ,

        Plaintiff,

v.

CHARLES ALBINO, et al.,

        Defendants.

Civil Action No. 09-3933 (RBK)

**ORDER**

**KUGLER, United States District Judge:**

    **THIS MATTER** having been opened to the Court by *pro se* Plaintiff Farid Marzuq and Susan M. Scott, Esq., counsel for Defendants Derrick Loury and Charles Warren ("Defendants"), through the following motions: (1) Plaintiff's Motion for Default Judgment [Docket Entry No. 22]; (2) Plaintiff's Appeal of the Magistrate Judge's Order granting Defendants' request for an extension of time to answer [Docket Entry No. 24]; and (3) Defendants' Motion to Dismiss and for Summary Judgment [Docket Entry No. 25]; and the Court having reviewed the submissions and deciding this motion pursuant to FED. R. CIV. P. 78; for the reasons set forth in the accompanying Opinion filed on this date, and for good cause shown,

    IT IS on this _29th_ day of July, 2010,

    ORDERED that Defendants Loury and Warren's Motion to Dismiss for failure to state a claim upon which relief can be granted under the First Amendment's Establishment Clause is denied; and it is further

    ORDERED that Plaintiff's First Amendment Free Exercise of Religion claim against Defendants Loury and Warren is dismissed without prejudice; and it is further

ORDERED that Plaintiff shall have thirty days from the date of this opinion to amend his complaint to state a valid claim for violation of his right to free exercise of religion; and it is further

ORDERED that Defendants Loury and Warren's Motion for Summary Judgment on the retaliation claim is hereby granted; and it is further

ORDERED that Defendants Loury and Warren's remaining motions to dismiss and/or for summary judgment are hereby denied without prejudice and may be renewed after Defendant has filed his third amended complaint; and it is further

ORDERED that the Court will *sua sponte* dismiss Plaintiff's claims against Defendants State of New Jersey, New Jersey Department of Corrections and George Hayman; and it is further

ORDERED that Plaintiff's Motion for Default Judgment and Appeal of the Magistrate Judge's Order are hereby dismissed as moot.

  
  
**HONORABLE ROBERT B. KUGLER**  
**United States District Judge**