```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY


FARID MARZUQ,                    :
a/k/a Gary Tucker,               :
                                 :    Civil Action No. 09-3933 (RBK)
            Plaintiff,           :
                                 :
            v.                   :    ORDER
                                 :
MR. LOURY, et al.,               :
                                 :
            Defendants.          :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this __6th__ day of ___June___, 2011,

ORDERED that the Third Amended Complaint is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Motion [41] to Dismiss or for Summary Judgment is DENIED as MOOT; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

```
                                      s/Robert B. Kugler
                                      Robert B. Kugler
                                      United States District Judge
```